IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BYRON TRIBUE, *et al.*          *

      *Plaintiffs*,          *

v.          *     Case No. 8:22-cv-2732-BAH

MARYLAND STATE POLICE,          *

      *Defendant*.          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the Joint Request to Modify Scheduling Order, it is this 21 day of October, 2024, by the U.S. District Court for the District of Maryland, hereby:

ORDERED, that the joint motion is GRANTED; and it is further

ORDERED, that discovery shall commence on January 15, 2025, and that the Scheduling Order shall be amended as follows:

| Task | Proposed Date |
| --- | --- |
| Plaintiffs' Rule 26(a)(2) disclosures | July 3, 2025 |
| Defendants' Rule 26(a)(2) disclosures | July 31, 2025 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | August 21, 2025 |
| Rule 26(e)(2) supplementation of disclosures and responses | August 27, 2025 |
| Discovery deadline; submission of status report | August 19, 2025 |
| Requests for Admission | August 26, 2025 |
| Dispositive Pretrial Motions Deadline | September 20, 2025 |
| Class Certification Deadline | September 29, 2025 |

    /s/_____
The Hon. Brendan A. Hurson,
District Judge for the U.S. District Court of Maryland