## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **Byron Tribue,** *et. al.*<br>*On behalf of themselves and others similarly*<br>*situated*<br><br>    **Plaintiffs,**<br><br>  **v.**<br><br>**State of Maryland,**<br><br>    **Defendant.** | **Case No.: 8:22-cv-02732-BAH** |

## <u>ORDER</u>

Upon consideration of the Joint Motion to Modify Scheduling Order, it is this 12th day

of June, 2025, by the U.S. District Court for the District of Maryland hereby:

**ORDERED**, that the joint motion is GRANTED; and it is further

**ORDERED**, that the Scheduling Order shall be amended as follows:

| Task | Current Date | Proposed Date |
|---|---|---|
| Deadline for Joint Status Report Regarding Assignment for Settlement Conference |  | July 3, 2025 |
| Plaintiffs' Rule 26(a)(2) disclosures | July 3, 2025 | November 3, 2025 |
| Defendants' Rule 26(a)(2) disclosures | July 31, 2025 | December 1, 2025 |
| Discovery deadline; submission of status report | August 19, 2025 | December 17, 2025 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | August 21, 2025 | January 7, 2026 |
| Requests for Admission | August 26, 2025 | January 9, 2026 |
| Rule 26(e)(2) supplementation of disclosures and responses | August 27, 2025 | January 16, 2026 |

| Dispositive Pretrial Motions Deadline | September 20, 2025 | January 23, 2026 |
|---|---|---|
| Class Certification Deadline | September 29, 2025 | January 30, 2026 |

_____
/s/
BRENDAN A. HURSON
United States District Judge