IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BYRON TRIBUE,** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **STATE OF MARYLAND,** <br><br> **Defendant.** | Case No.: 8:22-cv-02732-BAH |

## JOINT STATUS REPORT

Plaintiffs Byron Tribue and Matin Dunlap, on behalf of themselves and the putative class, and Defendant (the "Parties"), by and through undersigned counsel, hereby submit this Joint Status Report in accordance with the Court's Order on June 12, 2025 (ECF 64), and state as follows:

1. On June 12, 2025, the Court granted the Parties' Joint Motion to Modify the Scheduling Order, and required the parties to detail their attempts at resolution in a status report. (ECF 64).

2. The Parties have engaged in initial discussions regarding whether they can proceed to a Settlement Conference. Plaintiffs sent a letter to Defendant regarding settlement on June 24, 2025.

3. On July 14, 2025, Defendant informed Plaintiffs that it was discussing Plaintiffs' proposal. At this time, the Parties have not yet reached an agreement regarding mediation.

4. If the Parties ultimately decide that a settlement conference is appropriate, at that

1

time, the Parties will consider filing a motion to stay the scheduling order.


Respectfully Submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Erika Jacobsen White, Esq. (Bar No. 21815) | Phillip M. Pickus (Bar No. 22814) |
| ewhite@jgllaw.com | Philip.pickus@maryland.gov |
| Jay P. Holland (Bar No. 06015) | Jeff White (Bar No. 30897) |
| Jholland@jgllaw.com | Jeffrey.White1@maryland.gov |
| JOSEPH, GREENWALD & LAAKE, P.A. | Maryland Department of State Police |
| 6404 Ivy Lane, Suite 400 | 1201 Reisterstown Road, Bldg. A |
| Greenbelt, MD 20770 | Pikesville, Maryland 21208 |
| Tel: (301) 220-2200 | Tel: (410) 653-4293 |
| Fax: (301) 220-1214 | Fax: (410) 653-4270 |
| | *Counsel for Defendant* |


BACHMAN LAW

_____/s/_____
Eric Bachman (Bar No. 16325)
ebachman@ebachmanlaw.com
Bachman Law
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Tel: (202) 769-1681
Fax: (240) 303-8091

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of July, 2025, I caused the foregoing to be filed with the Court's electronic filing system which shall effect service on all parties so entitled.

      /s/
Erika Jacobsen White