IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BYRON TRIBUE ET AL.,　　　　　　　*

　　Plaintiffs,　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　*　　Case No. 8:22-cv-2732-BAH

MARYLAND STATE POLICE,　　　　　 *

　　Defendant.　　　　　　　　　　*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**ORDER**

Upon consideration of the Joint Status Report and Joint Motion to Modify Scheduling Order, it is this 8 day of September, 2025, by the U.S. District Court for the District of Maryland, hereby:

ORDERED, that the joint motion is GRANTED; and it is further

ORDERED, that the Scheduling Order shall be amended as follows:

| Task | Proposed Date |
|---|---|
| Deadline for Joint Status Report Regarding Assignment for Settlement Conference | October 10, 2025 |
| Plaintiffs' Rule 26(a)(2) disclosures | February 2, 2026 |
| Defendants' Rule 26(a)(2) disclosures | March 2, 2026 |
| Discovery deadline; submission of status report | March 17, 2026 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | April 7, 2026 |
| Requests for Admission | April 9, 2026 |
| Rule 26(e)(2) supplementation of disclosures and responses | April 16, 2026 |
| Dispositive Pretrial Motions Deadline | April 23, 2026 |
| Class Certification Deadline | April 30, 2026 |

Dated: September 8, 2025

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Brendan A. Hurson
　　　　　　　　　　　　　　　　　　United States District Judge