September 30, 2025

<u>**Sent Via Electronic Mail:**</u>
Hon. Brendan A. Hurson
United State District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0782
MDD_BAHChambers@mdd.uscourts.gov

      Re:    ***Tribue, et al. v. State of Maryland***
                 **Civil No. 8:22-cv-02732-BAH**
                 **Notice of Discovery Dispute (Dkt. 57)**

Dear Judge Hurson:

      The Parties jointly submit the following request for a telephone conference with your Honor to resolve a discovery dispute in this matter. To briefly summarize, the Parties stipulated to a Protective Order in this matter, which was entered on March 18, 2025. (Dkt. 62). That order contemplates the procedure for the designation and use of confidential information in this matter.

      During the course of discovery, Defendant proposed, and the parties discussed amending the protective order to include an attorneys' eyes-only provision ("AEO provision") to cover specific records from the Maryland State Police Office of Diversity, Equity, and Inclusion ("ODEI"), which Defendant contends is necessary for production. While Plaintiff did not waive their ability to contest the applicability of an AEO provision, the parties reached agreement in nearly all respects on the wording of an AEO provision for an amended protective order.

      The parties disagree, however, over the inclusion of a proposed 14-day notice provision for instances in which Plaintiffs seek to disclose such a record, including at a deposition or trial. Thus, at this juncture, the parties require a ruling on the notice provision of the AEO designation in the protective order. The parties made numerous informal attempts to resolve this issue, including exchanging multiple emails/letters regarding the dispute; holding multiple face-to-face Teams Meetings to discuss this and other discovery matters; and counsel just had a final phone call on September 16, 2025, wherein we decided the issue was ripe for your review.

      Thank you in advance for your consideration.

September 30, 2025
*Tribue et al. v. State of Maryland*
Good Faith Letter
Page 2 of 2

**Attorneys for Plaintiffs**

_(signature)_

Joseph, Greenwald and Laake, PA
6404 Ivy Lane, Suite 400,
Greenbelt, Maryland 20770
T: 301.220.2200 | F: 301.220.1214
Erika Jacobsen White EWhite@jgllaw.com
Jay P. Holland JHolland@jgllaw.com
Lacey McMullan lmcmullan@jgllaw.com
Caralea Grant CGrant@jgllaw.com
Jonte Hunter jhunter@jgllaw.com

_Eric Bachman_ (signature)

Bachman Law LLC
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Eric Bachman
(202) 769-1681
ebachman@ebachmanlaw.com

**Attorneys for Defendant State of Maryland**

_(signature)_

Maryland Department of State Police 1201 Reisterstown Road, Bldg. A Pikesville, Maryland 21208
Tel: (410) 653-4293
Fax: (410) 653-4270
Phillip Pickus         phillip.pickus@maryland.gov
Jeffrey White         Jeffrey.White1@maryland.gov
Everett Bryant       everett.bryant@maryland.gov
Kyle Ashe            kyle.ashe@maryland.gov